IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BRUCE TAYLOR,

    Plaintiff,

v.                                                    CASE NO. 5:08-cv-342-RS/AK

BAY MEDICAL CENTER,

    Defendant.
_____/

## **ORDER**

This cause is before the Court on Defendant's motion to quash service of process and to dismiss, Doc. 10, filed by Bay Medical Center. As grounds for the motion, Defendant states that Plaintiff attempted service by certified mail, rather than by personal service as required by the rules and in contravention of the Court's instructions. *See* Doc. 5. Neither the docket nor the motion reflects that counsel for Defendant conferred with Plaintiff before filing the motion to quash as required by this Court's local rules. *See* N.D. Fla. Loc. R. 7.1(B).

It appears that Plaintiff has rectified the service issue at the heart of Defendant's motion by having Defendant's president personally served by a deputy sheriff for the Bay County, Florida, Sheriff's Office. *See* Doc. 14. The grounds for quashing service and dismissing this case appear to have been removed within the time limits set by the order directing service. However, if service on this occasion is also defective, then Defendant may file another motion to quash.

Accordingly, it is **ORDERED**:

That the motion to quash and to dismiss, Doc. 10, is **DENIED**.

**DONE AND ORDERED** this  *25th*  day of March, 2009.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**