IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BRUCE TAYLOR,

    Plaintiff,

v.                                                      CASE NO. 5:08-cv-342-RS-AK

BAY MEDICAL CENTER,

    Defendant.

_____/

## **ORDER**

This cause is before the Court on what purports to be the parties' Amended Joint Report. Doc. 34. However, the document is more in the nature of a supplement to the original joint report, Doc. 33, as it represents additional changes which Plaintiff submitted to Defendant after the joint report had been filed. This is not proper.

Accordingly, it is **ORDERED**:

That no later than **5:00 p.m., Friday, August 14, 2009**, Defendant shall file a second amended joint report which includes all relevant and necessary information;

That after that deadline, the Court will not consider any further amendments or supplements to the second amended joint report without a formal motion and a showing of exigent circumstances.

**DONE AND ORDERED** this  4th   day of August, 2009.

                     s/A. Kornblum
                    **ALLAN KORNBLUM**
                    **UNITED STATES MAGISTRATE JUDGE**