**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**


BRUCE TAYLOR,

       Plaintiff,

vs.                               CASE NO. 5:08cv342/RS-AK

BAY MEDICAL CENTER,

       Defendant.

_____/

## <u>ORDER</u>

Before me is the Joint Motion To Extend Deadline For Finalizing Settlement Terms (Doc. 56).

**IT IS ORDERED:**

1.      The relief requested by the Joint Motion To Extend Deadline For Finalizing Settlement Terms (Doc. 56) is **granted**.

2.      The court retains jurisdiction of this case until June 14, 2010, for the purpose of the parties' completion of a settlement agreement and filing of dismissal documents.

3.      The clerk is directed to close the case in its entirety for all purposes on June 15, 2010.

**ORDERED** on May 12, 2010.


                                 /S/ Richard Smoak_____
                                 **RICHARD SMOAK**
                                 **UNITED STATES DISTRICT JUDGE**